UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-20104-CR-MARTINEZ/BECERRA(s)(s)(s)

UNITED STATES OF AMERICA

v.

ARACANGEL PEREZ ORTIZ, *et al.*,

      **Defendants.**
_____/

## UNOPPOSED MOTION REQUESTING LIMITED UNSEALING OF A HEARING TRANSCRIPT

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, moves this Court for order to unseal a portion of a transcript in the above captioned case to allow the United States and counsel for the defendants to obtain a copy of the sealed portion, but to remain sealed for all other purposes. [1]

On February 28, 2023, Magistrate Judge Becerra held a *Garcia* hearing, part of which was under seal.  *See* DE 143.  The United States is analyzing whether it will seek to review the Magistrate Judge's order appointing hybrid counsel.  The transcript of this hearing, including the portion which is currently under seal, will be used for this analysis and possible review by the District Court.  Therefore, the United States seeks that the sealed portion of this transcripts be unsealed for the limited purpose of engaging in this inquiry and to remain sealed for all other purposes.

---

[1]     Pursuant to local rules, the undersigned conferred with counsel for defendant

1

WHEREFORE, the United States respectfully requests that the Court enter an order to unseal the transcript of the February 28, 2023 hearing for the government and counsel for the defendants only.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY:  *s/ Andrea Goldbarg*
ANDREA GOLDBARG
Assistant United States Attorney
Court ID No. A5502556
99 N.E. 4th Street
Miami, FL 33132
(305) 305-961-9309
Email: andrea.goldbarg@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 10, 2023, I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

*s/ Andrea Goldbarg*
ANDREA GOLDBARG
Assistant United States Attorney

---

Ortiz and defendant Jaar.  Both indicated that they do not oppose this motion.