**INTERGALACTIC FEDERATION OF EXTRATERRESTRIALS (I.F.E)**
**The People's Republic of Haiti**
199 Auto Route de Delmas 59
Port Au Prince, Haiti 1+0
E-MAIL: Justice4Jovenel@Yahoo.com
**On Behalf of Our Late President Jovenel Moise**
**President of the Sovereign Republic of Haiti**

**THE PEOPLE OF THE REPUBLIC OF HAITI**

        **Plaintiffs,**

vs.

**Rodolphe Jaar, Presumed Chief Finance Coordinator**
**Dr. Reginald Boulos, Presumed Assassination Chief Finance Engineer\*\***
**Joseph Michel Martelly, Presumed Assassination Finance Engineer\*\***
Dimitri Vorbe, Presumed Assassination Finance Engineer
**Christian Emmanuel Sanon, Presumed Mastermind of the Assassination\*\***
**Mario Antonio Palacios, Presumed Plot Engineer\***
**John Joel Joseph, Presumed Mastermind of Assassination\*\***
Youry Latortue, Presumed Assassination Plot Engineer
Andre Michel, Presumed Assassination Plot Engineer
George Edouard, Presumed Assassination Plot Analyst
Antonio Cheramy, Presumed Assassination Plot Analyst
Core Group, USA, Canada and France, Presumed Facilitators of said Plot
**Former U.S. Ambassador Michele Sison, Presumed Plot Facilitator & Proximate Assistant\*\***
**Joseph Felix Badio, Presumed Assassination Engineer \*\***
Former First Lady Martine Moise, Presumed Facilitator Actress & Assistant of the Crime

        **Defendants,**

**Joseph Lambert, Presumed Crime Executor**



FILED BY_____D.C.
JAN 09 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

United States District Court
For the Southern District of Florida

DOCKET NUMBER: 21-MJ-04265-LOUIS
                   22-MJ-02070-LOUIS
                   22-CR-20104-\*\*\*\*\*\*
                   21-MJ-04265-LOUIS

**CRIMINAL ACTIONS**

**Complaint for Systematic Torture**
**And**
**Assassination of President**

**JOVENEL MOISE**

| | |
|---|---|
| Youry Latortue, Presumed Crime Executor<br>Leon Charles, Presumed Crime Executor<br>Dimitri Herad, Presumed Crime Executor<br>**Ariel Henry, Presumed Crime Executor**<br>Jean AguelCivil, Presumed Torturer & Executor of the Crime<br>Dr. Claude Joseph, Presumed Torturer & Executor of the Crime<br>**James Solages, Presumed Main Shooter & Executor of the Crime\*\***<br>**Joseph Vincent, Presumed Shooter & Executor of the Crime\*\***<br>All Presumed Colombians Assassination Plot Accomplices<br>**Core Group, USA, Canada** and **France**, Presumed Facilitators of Said Plot,<br>Unknown John Does & Jane Does, **Security Agents**<br>Unknown John Does & Jane Does, **Police Officers**<br>**All Presidential Security Details**<br><br>**Additional Defendants.** | **MOTION TO RECUSE AND EXTRADITE OVERSEEING JUDGE WALTER WESSER VOLTAIRE AND FURTHER EXTRADITE PRIME MINISTER ARIEL HENRY AS A PRIME SUSPECT TO THE UNITED STATES CRIMINAL COURT FOR THE SOUTH DISTRICT OF FLORIDA** |

**United States Criminal Court for**
**The South District of Florida**
**400 North Miami Avenue**
**Miami, Florida 33128**
**Attn: Hon. Judge Jose E. Martinez**
**Sent Via Mail & E-Mail**
Martinez@flsd.uscourts.gov

Dear Hon. Judge Martinez:

Since the assassination of President Jovenel Moise was obviously "**planned**" inside the Territory of the United States; the Federal government does therefore maintain full and continuous jurisdiction over the above entire matter.

1. Pursuant to the United States Foreign Corrupt Practices Act of 1977 (F.C.P.A.) et seq, 18 U.S.C. Section 2339A, 18 U.S.C. Section 956, 18 U.S.C. Section 956 (a) (1), 18 U.S.C. Section 201, 18 U.S.C. Section 1952, 18 U.S.C. Section 1956; and according to the United States Foreign Extortion Prevention Act of 2023 (F.E.P.A.), we are of course respectively petitioning in the interest of public outcry and justice; that the above captioned Defendants including Prime Minister Ariel Henry, Investigative Judge Walter Wesser Voltaire, former President Joseph Michel Martelly, Joseph Felix Badio, Vitelhomme Innocent, Jean Aguel Civil, Dr. Claude Joseph, Dr Pierre Reginald Boulos, former Police Chief Leon Charles, Senator Youry Latortue, Andre Michel, Senator Antonio DonKato Cheramy, Pastor Christian Emmanuel Sanon, Senator Joseph Lambert, Goerges Edouard, Business man Dimitri Vorbe be immediately arrested, extradited, and prosecuted to the full extent of laws relative to the below facts and flagrant violations.

   a) Most recently, on or about December 26, 2023 overseeing Judge Walter W. Volter unethically and maliciously went to the private home of Defendant Prime Minister Ariel Henry to conduct Pre trial hearings of him privately, in strict violations of Haitians' Criminal Laws and Procedures and contrary to the Haitian's Federal Constitution. <u>In Haiti Court's matters are handled publicly in the Court Room,</u> there is no exception.

   b) It is further concluded that Judge Voltaire has always been radically biased in his handling of political cases.

   c) It is also conclusive that Judge Voltaire has been allegedly paid an actual cash bribe of over ten million dollars (U.S. funds) in order to shield the aforementioned Defendants including Defendant Prime Minister Ariel Henry and his Acolytes from criminal liability in the murder of President Jovenel Moise. The said Bribe was actually paid by Defendants Joseph Felix Badio, Vitelhomme Innocent, Dr. Boulos, Dimitri Vorbe and former President Joseph Michel Martelly.

2. Pursuant to Haiti's Extradition Law of August 28, 1912 et seq; Article 17 of Haitian Law of March 12, 2014 on the Prevention and Repression of Corruption Act; the Inter-American Convention Against Corruption (OAS), and under the United Nations Convention Against Corruption (U.N.C.A.C.), specifically, Article 63 (7), we demand on behalf of the Haitian People and the Republic of Haiti an Order Recusing overseeing Judge Walter Wesser Voltaire from President Jovenel Moise murder case with Prejudice.

Judge Voltaire ought to be recused due to ongoing conflicts of interests, bribery, fraud upon the Court, and impartiality.

3. We further demand that overseeing Judge Voltaire and Defendant Prime Minister Ariel Henry be arrested without delays, processed, and put to criminal trial before your Court.

4. Due to the level of ongoing corruptions, existing briberies, and fraud in the Haitian Court system, justice can never be done or prevailed in the murder case of our late President Jovenel Moise. Therefore, we demand that all remaining Defendants awaiting trial in the Haitian's corrupt Courts system in Haiti be transferred and or extradited to the United States for subsequent trials and post trial proceedings.

**Respectfully Argued,**

Grand Maitre Max Bookman
Associate Director

**Dated: December 27, 2023**

Cc: U.S. Attorney Andrew Goldbarg          Andrea.Goldbarg@usdoj.gov
    F.B.I. Special Agent Jacqueline Valdes   Sent Via Mail and Fax (754) 703-2000
    U.L.C.C. / Haiti Courts



**INTERGALACTIC FEDERATION I.F.E**

**24 PARK STREET**

**MONTCLAIR, NEW JERSEY 07042**

**TEL(973) 555-1210**

**TO:** HON. JUDGE JOSE E. MARTINEZ

400 N MIAMI AVENUE, ROOM 10-1

**MIAMI, FLORIDA   33128**

P:RED   S:MRED   I:333
333-1776   X☐
1Z4AR642033617 6967



REC'D BY _____ D.C.
JAN 0 5 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI



INTERGALATIC FEDERATION I.F.E
973-555-1210
INTERGALATIC FEDERATION I.F.E
24 PARK ST
MONTCLAIR NJ 07042-3408

1 LBS     1 OF 1
DWT: 8,6,6

SHIP TO:
HON. JUDGE JOSE E. MARTINEZ
HON. JUDGE JOSE E. MARTINEZ
400 N MIAMI AVE
MIAMI FL 33128-1801

FL 330 6-03

UPS GROUND
TRACKING #: 1Z 4AR 642 03 3617 6967

BILLING: P/P



XOL 23.11.22    NV45 52.0A 12/2023

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
BRD R 1023

