UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20104-CR-JEM

UNITED STATES OF AMERICA

vs.

MARIO ANTONIO PALACIOS PALACIOS, ET AL.,
                Defendants.
_____/

**NOTICE TO TERMINATE APPEARANCE**

The United States of America, through the undersigned Assistant United States Attorney, respectfully requests that the court direct the Clerk of Court terminate her appearance on this docket. The undersigned is currently on a detail outside the Southern District of Florida.

                                Respectfully submitted,

                                HAYDEN P. O'BYRNE
                                UNITED STATES ATTORNEY

By      s/ Monica K. Castro
          MONICA K. CASTRO
          Assistant United States Attorney
          Court ID A5502776
          JLK Federal Justice Building
          99 NE 4th Street
          Miami, FL 33132
          Telephone: (305) 961-9013
          Email: Monica.Castro@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                         By:  /s/ *Monica K. Castro*
                                                 MONICA K. CASTRO
                                                 Assistant United States Attorney