**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-CR-20104-BECERRA (s)(s)(s)(s)(s)**

**UNITED STATES OF AMERICA**

**v.**

**ARCANGEL PRETEL ORTIZ, et al.,**

     **Defendants.**
_____/

## MOTION TO TERMINATE APPEARANCE

The United States of America, through the undersigned Trial Attorney, respectfully requests that the Court direct the Clerk of Court to terminate the appearance of FRANK RUSSO on this docket. Mr. RUSSO is no longer employed by the National Security Division.

Respectfully submitted,

SUE J. BAI
Supervisory Official for the National
Security Division

/s Andrew Briggs
Trial Attorney
Court ID No. A5503251
National Security Division
Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-7739
Andrew.Briggs2@usdoj.gov

**<u>Certificate of Service</u>**

I hereby certify that on April 4, 2025, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF.


<u>/s *Andrew Briggs*</u>
Andrew Briggs
Trial Attorney